
FILED
MAR 07 2018
Clerk, U.S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| UNITED STATES OF AMERICA, | PO 17-5034-H-JCL |
|---|---|
| Plaintiff, | Violation Notice: 6327678 M18 |
| vs. | |
| JOHN C. RICHARDSON, | JUDGMENT |
| Defendant. | |

On March 5, 2018, Defendant John Richardson appeared before the Court for a trial on the criminal charge set forth in the Violation Notice filed against him. Having considered the evidence and testimony presented during the trial IT IS THE JUDGMENT of the Court that Defendant is guilty of the offense charged – disorderly conduct in violation of 38 C.F.R. § 1.218(b)(11).

IT IS FURTHER THE JUDGMENT of the Court that Defendant is sentenced to serve a term of 2 years of supervised probation. The Court further imposes the following conditions upon Defendant's term of probation:

1. Defendant shall not possess firearms, weapons or destructive devices;

2. Defendant shall be subject to a search of his residence, person, and

1

vehicle upon his supervising probation officer's reasonable suspicion that Defendant may be in possession of firearms, weapons or destructive devices.

3. Absent exigent medical circumstances, Defendant shall notify his supervising probation officer 10 days prior to any scheduled medical appointment or visit of any kind at the Fort Harrison VA facility. For any scheduled medical appointment or visit Defendant shall first obtain the date and time for such appointment or visit from the Fort Harrison VA facility, and then provide that date and time in compliance with this condition. The Fort Harrison VA may impose a security escort on Defendant while he is at the Fort Harrison VA facility at any time.

4. The foregoing condition requiring notice to Defendant's supervising probation officer shall further apply to any other federal facility Defendant needs to enter or visit, including but not limited to the Paul G. Hatfield Federal Courthouse in Helena, Montana, and any social security administration office or facility.

Defendant is advised that pursuant to Fed. R. Crim. P. 58(g)(2) he has a right to appeal this Judgment of conviction and the sentence imposed by this Judgment, within 14 days of its entry. To appeal, Defendant must file a notice of appeal with the Clerk of Court at P.O. Box 8537, Missoula, Montana 59807. The notice of

appeal must specify the judgment being appealed, and Defendant must serve a copy of the notice of appeal on the attorney for the United States at 119 First Ave. North, Suite 300, Great Falls, Montana 59403.

DATED this 7th day of March, 2018.

_____
Jeremiah C. Lynch
United States Magistrate Judge