IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>JOHN C. RICHARDSON,<br><br>                  Defendant. | PO 17-5034-H-JCL<br>Violation Notice:<br>6327678 M18<br><br><br>ORDER |

      Defendant John Richardson moves to clarify whether he is obligated to appear for his October 11, 2018 initial appearance before this Court now that jurisdiction over his probation has been transferred to the District of Oregon by Order entered September 28, 2018. Under the circumstances, IT IS HEREBY ORDERED Defendant's October 11, 2018 appearance before this Court is VACATED.

      DATED this 10th day of October, 2018

                                                    _____
                                                    Jeremiah C. Lynch
                                                    United States Magistrate Judge

.